IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hoskins Sr, Willie E | Case Number: 07 B 00319 |
|---|---|---|
| | Hoskins, Terri C | Judge: Goldgar, A. Benjamin |
| | Printed: 7/15/08 | Filed: 1/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 24, 2007
Confirmed: March 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,330.00 | |
| Secured: | | 81.59 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,112.65 |
| Trustee Fee: | | 125.26 |
| Other Funds: | | 10.50 |
| Totals: | 2,330.00 | 2,330.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,112.65 | 2,112.65 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 4. | Village of Park Forest | Secured | 2,000.00 | 0.00 |
| 5. | HomeComings Financial Network | Secured | 9,173.62 | 45.53 |
| 6. | HomeComings Financial Network | Secured | 7,262.19 | 36.06 |
| 7. | Pronger Smith Clinic | Unsecured | 409.67 | 0.00 |
| 8. | National Auto Finance Inc | Unsecured | 9,471.40 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 429.01 | 0.00 |
| 10. | RMI/MCSI | Unsecured | 1,280.22 | 0.00 |
| 11. | United Credit Union | Unsecured | 3,883.14 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 789.31 | 0.00 |
| 13. | United Credit Union | Unsecured | 3,598.43 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 521.20 | 0.00 |
| 15. | Nicor Gas | Unsecured | 490.41 | 0.00 |
| 16. | Credit Acceptance Corp | Secured | | No Claim Filed |
| 17. | Wells Fargo Bank | Secured | | No Claim Filed |
| 18. | Credit Acceptance Corp | Unsecured | | No Claim Filed |
| 19. | Credit Protection Association | Unsecured | | No Claim Filed |
| 20. | Armor Systems Co | Unsecured | | No Claim Filed |
| 21. | Allied Interstate | Unsecured | | No Claim Filed |
| 22. | Great American Finance Company | Unsecured | | No Claim Filed |
| 23. | Corporate Collection Service | Unsecured | | No Claim Filed |
| 24. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 25. | Armor Systems Co | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hoskins Sr, Willie E
Hoskins, Terri C
Printed: 7/15/08

Case Number: 07 B 00319
Judge: Goldgar, A. Benjamin
Filed: 1/9/07

| | | | |
|---|---|---|---|
| 26. Great American Finance Company | Unsecured | | No Claim Filed |
| 27. Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 28. Merchants Credit Guide | Unsecured | | No Claim Filed |
| 29. Illinois Collection Service | Unsecured | | No Claim Filed |
| 30. Illinois Collection Service | Unsecured | | No Claim Filed |
| 31. Medical Collections | Unsecured | | No Claim Filed |
| 32. MRSI | Unsecured | | No Claim Filed |
| 33. Midland Credit Management | Unsecured | | No Claim Filed |
| 34. MRSI | Unsecured | | No Claim Filed |
| 35. Nca | Unsecured | | No Claim Filed |
| 36. Illinois Collection Service | Unsecured | | No Claim Filed |
| 37. NCO Financial Systems | Unsecured | | No Claim Filed |
| 38. NCO Financial Systems | Unsecured | | No Claim Filed |
| 39. Nicor Gas | Unsecured | | No Claim Filed |
| 40. RMI/MCSI | Unsecured | | No Claim Filed |
| 41. Komyattee & Associates | Unsecured | | No Claim Filed |
| 42. Wells Fargo Bank | Unsecured | | No Claim Filed |
| | | $ 41,421.25 | $ 2,194.24 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 125.26 |
| | $ 125.26 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_